UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————X

GUIDO CABRAL,

                Petitioner,

-against-

UNITED STATES OF AMERICA,

                Respondent.
———————————————————X

**CIVIL JUDGMENT**

08 Civ. 296 (KMW)

**SCANNED**

Pursuant to the order issued _____MAY 3 0 2008_____ by the Honorable Kimba M. Wood, Chief Judge, dismissing this action without prejudice, it is,

ORDERED, ADJUDGED AND DECREED: That this action is hereby dismissed without prejudice. As Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253(c). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith.

                                            _/s/ Wood_
                                           KIMBA M. WOOD
                                           Chief Judge

Dated: MAY 3 0 2008
      New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.